# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER HAYDO,

              v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

**JUDGMENT IN A CIVIL CASE**

CASE NO. 3:10-cv-05052-RBL-KLS

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    the Court adopts the Report and Recommendation;

(2)    the ALJ erred in her decision as described in the Report and Recommendation; and

(3)    the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

April 26, 2011                                        WILLIAM M. McCOOL
Date                                                                   Clerk

*s/ Mary Trent*
Deputy Clerk